# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0169.  ALFONZA MCKEEVER JR. et al. v. CATHY L. SCARVER AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF ALFONZA MCKEEVER.**

Alfonza McKeever, Jr., proceeding pro se, seeks to appeal a superior court order dismissing a direct appeal of a magistrate court judgment.  Although the application is signed only by Alfonza McKeever, Jr., it purports to be filed on behalf of The Viaduct Group, Inc. and Joe Ann McKeever, as well.  "In this state, only a licensed attorney is authorized to represent a corporation in a proceeding in a court of record." *Eckles v. Atlanta Technology Group*, 267 Ga. 801, 805 (2) (485 SE2d 22) (1997).  As a non-lawyer, Alfonza McKeever, Jr., is not legally permitted to file pleadings on behalf of a corporation.  See *Congress Re-Insurance Corp. v. Archer-Western Contractors, Ltd.*, 226 Ga. App. 829, 831 (1) (487 SE2d 679) (1997).  Likewise, Alfonza McKeever, Jr., may not file an application for appeal on behalf of another individual.  See *Aniebue v. Jaguar Credit Corp.*, 308 Ga. App. 1, 1, n. 1 (708 SE2d 4) (2011).  Accordingly, this application is hereby DISMISSED as to The Viaduct Group, Inc. and Joe Ann McKeever.

The application is GRANTED as to Alfonza McKeever, Jr.  He shall have 10 days from the date of this order to file a notice of appeal with the superior court, if he

has not already done so.  The superior court clerk is directed to include a copy of this order in the record on appeal.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,   11/29/2017   *

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen                         , Clerk.*